AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___05 - 522___

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___7/22/05___  
(Date forms issued)

___[signature]___  
(Signature of Party or their Representative)

___DANNY P RANDOLPH JR___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action